Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br><br> Plaintiff, <br><br> vs. <br><br> TRANSUNION, LLC, <br> WEBBANK, <br> FINGERHUT, <br> and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: <br> 2:25cv00961-RGK (DFMx) <br><br> **COMPLAINT FOR DAMAGES** <br> **(Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) & California Consumer Credit Reporting Laws)** |

Plaintiff ARTIS-RAY: CASH JR. ("Plaintiff"), by and through pro se, alleges as follows against Defendants TRANSUNION, LLC, WEBBANK, and FINGERHUT (collectively, "Defendants"):

**INTRODUCTION**

1. This is an action for damages brought by Plaintiff against Defendants for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., specifically § 1681s-2(b), and relevant California state laws.

2. Defendants have willfully and negligently failed to comply with their statutory obligations under the FCRA and California law in handling Plaintiff's credit dispute.

1

COMPLAINT FOR DAMAGES
(Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) & California Consumer Credit Reporting Laws)

**JURISDICTION AND VENUE**

3. This Court has jurisdiction under 15 U.S.C. § 1681p and 28 U.S.C. § 1331 because this action arises under federal law.

4. Supplemental jurisdiction over state law claims is conferred by 28 U.S.C. § 1367.

5. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because Defendants conduct business within this district and a substantial part of the events giving rise to the claims occurred here.

**PARTIES**

6. Plaintiff ARTIS-RAY: CASH JR. is a natural person residing in Los Angeles, California, and is a "consumer" as defined by 15 U.S.C. §§1681a(c).

7. Defendant TRANSUNION, LLC is a credit reporting agency as defined under 15 U.S.C. §1681a(f) that regularly engages in the business of assembling and evaluating consumer credit information for the purpose of furnishing consumer reports to third parties.

8. Defendant WEBBANK is a person who furnishes information to consumer reporting agencies under 15 U.S.C. § 1681s-2.

9. Defendant FINGERHUT is a person who furnishes information to consumer reporting agencies under 15 U.S.C. § 1681s-2.

**FACTUAL ALLEGATIONS**

10. On or about October 15, 2024, Plaintiff disputed with TransUnion the completeness and accuracy of information regarding a WebBank/Fingerhut account (Account No. 636992109100****) appearing on his credit report.

11. On October 17, 2024, TransUnion responded to Plaintiff's dispute, stating that the account had been "verified" without conducting a reasonable investigation.

2

COMPLAINT FOR DAMAGES
(Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) & California Consumer Credit Reporting Laws)

12. On February 3, 2025, Plaintiff contacted WebBank and Fingerhut directly and learned that the date the account was closed did not match the information furnished to TransUnion.

13. The discrepancies indicate that Defendants failed to conduct a reasonable investigation, failed to provide accurate information, and failed to ensure the integrity of the furnished data, in violation of 15 U.S.C. § 1681s-2(b).

14. Defendants did not provide any documentation proving that the information was properly verified.

15. TransUnion continued to report inaccurate information despite clear evidence of discrepancies, causing Plaintiff harm.

**CAUSES OF ACTION**

**COUNT I - VIOLATION OF 15 U.S.C. § 1681s-2(b) (FCRA)**

16. Plaintiff incorporates the preceding paragraphs as if fully stated herein.

17. Defendants failed to conduct a reasonable investigation upon receiving notice of the dispute.

18. Defendants failed to modify, delete, or block incorrect information after being provided with evidence of inaccuracies.

19. As a result of Defendants' violations, Plaintiff has suffered damage, including financial harm, loss of credit opportunities, and emotional distress.

**COUNT II - VIOLATION OF CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT ("CCCRAA")**

20. Plaintiff incorporates the preceding paragraphs as if fully stated herein.

21. Defendants' actions also constitute violations of the CCCRAA, California Civil Code § 1785.25(a), which prohibits furnishers from providing inaccurate information to CRAs.

3

COMPLAINT FOR DAMAGES
(Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) & California Consumer Credit Reporting Laws)

22. Defendants' failure to correct or investigate the inaccurate reporting caused Plaintiff damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants as follows:

A. Actual damages, including emotional distress and damage to creditworthiness;

B. Statutory damages as allowed by law;

C. Punitive damages for willful violations of the FCRA and CCCRAA;

D. Costs and reasonable attorney's fees;

E. Injunctive relief requiring Defendants to correct the inaccurate reporting; and

F. Any other relief the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: 02/04/2025

By: _/s/ Artis-Ray Cash Jr._

**Artis-Ray: Cash Jr.,**

**Plaintiff In Pro Per**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 02/04/2025

_____

Artis-Ray: Cash Jr.

Plaintiff in Pro Per

5

COMPLAINT FOR DAMAGES
(Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) & California Consumer Credit Reporting Laws)