LODGED
CLERK, U.S. DISTRICT COURT
7/2/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___RYO___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br><br> Plaintiff, <br><br> vs. <br><br> TRANSUNION, LLC, <br> WEBBANK, <br> FINGERHUT, <br> and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:25-cv-00961-RGK-DFM <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS** |

Having reviewed the parties' submissions and good cause appearing, the Court hereby ORDERS:

1. Defendants' Joint Motion to Dismiss is DENIED.

2. Plaintiff's IFP status is preserved, or alternatively, Plaintiff shall pay the filing fee within 14 days.

IT IS SO ORDERED.

Dated: _____

1

**[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS**

1 | Hon. R. Gary Klausner
2 | United States District Judge

[PROPOSED] ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS