Artis-Ray: Cash, Jr.
453 South Spring Street
Suite 400 PMB 1211
Los Angeles, CA 90013
(831) 346-2562
artiscashjr@yahoo.com

Plaintiff in Pro Per



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTIS-RAY: CASH JR., <br><br> Plaintiff, <br><br> vs. <br><br> TRANSUNION, LLC, <br> WEBBANK, <br> FINGERHUT, <br> and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO.: 2:25-cv-00961-RGK-DFM <br><br> **DECLARATION OF ARTIS-RAY: CASH JR.** |

I, Artis-Ray: Cash Jr., declare as follows:

1. I am the Plaintiff in this matter and submit this declaration in support of my Opposition to Defendants' Joint Motion to Dismiss.

2. I submitted my IFP application using my 2023 tax return and personal bank statements. I did not understand that settlement payments made to my LLC, or received after the filing date, had to be disclosed as personal income.

3. I did not act with intent to deceive. I am a pro se litigant and least sophisticated consumer with no formal legal or financial training.

4. I was struck by a vehicle while riding a Lime scooter on June 4, 2025. I sustained multiple injuries including to my head, right hand, and knees. I continue to recover in a cast and under treatment. A police report is attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2025

By: **/s/ Artis Ray Cash Jr**

    Artis-Ray: Cash Jr.

    Plaintiff in Pro Per

**DECLARATION OF ARTIS-RAY: CASH JR.**



**EXHIBIT A**

This incident has been reported to the
Los Angeles Police Department
and is pending approval

Los Angeles Police Department
100 West 1st Street Room
Los Angeles, CA 90012
877-275-5273

## General Information
| | |
|---|---|
| Incident Type | Vehicle Collision |
| Tracking Number | 250606900261 |
| Report Date | 06/06/2025 05:18 PM |

## Reporting Person Information
| | |
|---|---|
| Name | Cash Jr., Artis Ray |
| Home Address | 453 South Spring Street, Suite 400, Los Angeles, CA 90013, US |
| Primary Phone | 831-346-2562 |
| Email | artiscashjr@yahoo.com |
| Work Phone | X |
| Race | American Indian |
| Gender | Male |
| Date of Birth | 10/31/1982 |
| If injured, please specify injury and if you were transported/treated by medical professionals at the scene of the collision. | I received stitches for the head wound, a cast for a confirmed fracture in my left hand, and medication for pain, swelling, and soft tissue injuries in both knees. |

## Incident Information
| | |
|---|---|
| Incident Location | 2919 South Hoover Street, LOS ANGELES, CA 90007 |
| Incident Time (start) | 06/04/2025 06:05 PM |
| Did this occur on a street or private property? | Street |
| Is there property other than a vehicle damaged in the collision? | Yes |
| Can you identify the driver? | Yes |

## Vehicle Information
### No 1
| | |
|---|---|
| Type | Passenger Car, StationWagon, Jeep |
| Make | Ford |
| Model | Mustang |
| Year | 2007 |
| Color | White |
| License Plate No | 6ULC541 |
| Licensing State | CA |
| Vehicle Description | I was the one in The Scooter. |
| Areas of Vehicle Damage | Left |
| Vehicle Type | Scooter (not Stolen or Recovered) |

## Narrative
| | |
|---|---|
| Incident Description | On June 4, 2025, at approximately 6:01 PM, I was riding a Lime scooter on my way to the University of Southern California. I was traveling southbound on South Hoover Street, using the designated bike/scooter lane near the intersection of West 30th Street, in front of The Riviera Luxe apartment complex.<br>As I approached the vicinity of a white 2007 Ford Mustang that was parked on the right side of the street, the driver suddenly and without warning opened his driver-side door into the active scooter lane. I attempted to brake but was unable to stop in time due to the suddenness of the obstruction. I collided directly with the opened door, which caused the car's window glass to shatter and the door to bend backward.<br>The impact launched me forward, causing me to go airborne and land forcefully on the palms of my hands, the left side of my face, and both knees. A witness riding a scooter behind me stopped to help me off the ground. I immediately observed blood gushing from a laceration on my head. A pedestrian provided a towel, and I requested that someone call 911.<br>Paramedics arrived on the scene and assessed my injuries, noting visible cuts, abrasions, and swelling. I was transported by ambulance to California Hospital Medical Center. There, I underwent imaging scans of my knees, left hand, and head. I received stitches for the head wound, a cast for a confirmed fracture in my left hand, and medication for pain, swelling, and soft tissue injuries in both knees.<br>As a result of this incident, I continue to experience pain, swelling, dizziness, and limited mobility. Follow-up treatment and evaluation are ongoing. |

[Print This Report]